UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY KEITH McCORKLE, <br><br> Petitioner, <br><br> v. <br><br> SPEARMAN, <br><br> Respondent. | No. 2:16-cv-2368-JAM-EFB P <br><br><br> ORDER |

Petitioner is a California state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 17, 2018, petitioner requested an extension of time to file his objections to the November 30, 2018 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

Good cause appearing, it is ORDERED that petitioner's request (ECF No. 34) is granted and petitioner has 60 days from the date this order is served to file his objections.

Dated: January 9, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE